UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **RENEE MCNEELY,** § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | Civil Action No. _____ |
| § | |
| **BISSELL INTERNATIONAL TRADING** § | |
| **COMPANY B.V., BISSELL INC.,** § | |
| **BISSELL HOMECARE, INC., AND** § | |
| **BISSELL MEXICO, INC.,** § | |
| § | |
| *Defendants.* § | |

### DEFENDANTS' NOTICE OF REMOVAL

Notice is hereby given that, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendants BISSELL International Trading Company B.V., BISSELL Inc., BISSELL Homecare, Inc., and BISSELL Mexico, Inc. ("**Defendants**") remove this action from the District Court of Harris County, Texas, to the United States District Court for the Southern District of Texas, Houston Division, and as grounds for removal state as follows:

### I.
### STATE COURT ACTION

1. On April 12, 2022, Renee McNeely ("Plaintiff") commenced this action in the 295th Judicial District Court of Harris County, Texas, filing Plaintiff's Original Petition, styled *Renee McNeely v. BISSELL Inc., BISSELL Homecare, Inc., and BISSELL Mexico, Inc.*, Cause No. 2022-22207 ("**State Court Action**"). *See* **Exhibit 1**. Plaintiff's Original Petition was served on April 21, 2022.

2. On April 27, 2022, Plaintiff filed her First Amended Petition ("**Amended**

**Petition**"), adding BISSELL International Trading Company B.V. as a defendant. *See* **Exhibit 2**.

3. The Amended Petition was served on May 5, 2022.

4. Plaintiff brought suit related to injuries she allegedly sustained while using the BISSELL SpinWave. *See* Amended Petition, ¶¶ 11-13. Specifically, Plaintiff brought claims of (1) Strict Liability, (2) Negligence, (3) Gross Negligence, (4) Violations of the Deceptive Trade Practice Act, (5) Breach of Warranties, and (6) Fraudulent and Negligent Misrepresentation against Defendants. *See id., generally.*

5. With this Notice of Removal, Defendants hereby remove the State Court Action to this Court on the basis of diversity jurisdiction, as more fully described below.

## II.
## PROCEDURAL REQUIREMENTS

6. This action is properly removed to this Court because the State Court Action is pending within this district and division. 28 U.S.C. §§ 124(b), 1441(a-b), 1446(a).

7. Removal is timely because Defendants file this Notice of Removal "within 30 days after receipt by the Defendants, through service or otherwise, a copy of the initial pleading setting forth the claim for relief upon which such action of proceeding is based." 28 U.S.C. § 1446(b).

8. As required by 28 U.S.C. § 1446(a), Defendants have attached an index to this Notice of Removal containing the following: (1) all executed process in this case; (2) all pleadings asserting causes of action (3) the state court docket sheet; and (4) a list of all counsel of record, including addresses, telephone numbers, and parties represented. The state court judge has not issued any orders.

9. As required by 28 U.S.C. Section 1446(d), Defendants will promptly file notice of this Notice of Removal in the 295th Judicial District Court, Harris County, Texas.

## III.
## DIVERSITY JURISDICTION

10. The Court has diversity jurisdiction in this matter. Where complete diversity exists among parties and the amount in controversy exceeds $75,000.00, an action may be removed to federal court. 28 U.S.C. §§ 1332(a), 1441(a). Complete diversity exists in this case because Plaintiff is not a citizen of the same state as any defendant. *See Lincoln Prop. Co. v. Roche*, 546 U.S. 81, 89 (2005). As shown below, the amount in controversy requirement is also satisfied.

**A.   Diversity of Citizenship**

11. Plaintiff is domiciled in Harris County, Texas. *See* Amended Petition, ¶ 2.

12. Defendants BISSELL International Trading Company B.V., BISSELL Inc., BISSELL Homecare, Inc., and BISSELL Mexico, Inc. are each foreign for-profit corporations. Defendants are registered to do business in the state of Texas but are not citizens of the state of Texas.

13. BISSELL International Trading Company B.V. is a corporation formed under the laws of, and has its principal place of business in, the Netherlands.

14. BISSELL Inc. is a corporation formed under the laws of, and has its principal place of business in, the State of Michigan.

15. BISSELL Homecare, Inc. is a corporation formed under the laws of, and has its principal place of business in, the State of Michigan.

16. BISSELL Mexico, Inc. is a corporation formed under the laws of the State of Michigan and has its principal place of business in Mexico.

17. Because Plaintiff is a citizen of Texas and Defendants are not citizens of Texas, complete diversity exists among the parties.

**B.       Amount in controversy**

18.    The amount in controversy requirement is also satisfied. Where a defendant can show, by a preponderance of the evidence, that the amount in controversy is greater than the jurisdictional amount, removal is proper. *See White v. FCI U.S.A., Inc.*, 319 F.3d 672, 675 (5th Cir. 2003); *see also St. Paul Reins. Co. v. Greenberg*, 134 F.3d 1250, 1253 n.13 (5th Cir. 1998) ("The test is whether it is more likely than not that the amount of the claim will exceed [the jurisdictional minimum]."). A defendant can meet its burden if it is apparent from the face of the petition that the claims are likely to exceed $75,000.00 or, alternatively, if the defendant introduces other evidence to show that the amount in controversy more likely than not exceeds the $75,000.00 requirement. *E.g., Manguno v. Prudential Prop. & Cas. Ins. Co.*, 276 F.3d 720, 723 (5th Cir. 2002); *Greenberg*, 134 F.3d at 1253.

19.    "The amount in controversy is determined from the perspective of the plaintiff, and the proper measure is the benefit to the plaintiff, not the cost to the defendant." *Berry v. Chase Home Fin.*, LLC, No. C-09-116, 2009 WL 2868224, at *2 (S.D. Tex. Aug. 27, 2009).

20.    In her jurisdictional statement, Plaintiff stats that she seeks monetary relief in an amount over $1,000,000.00. *See* Amended Petition, ¶ 8. Because there is complete diversity between the parties and the amount in controversy exceeds the $75,000.00 requirement, this Court has jurisdiction pursuant to 28 U.S.C. § 1332 and removal is proper.

21.    The undersigned attorney is lead counsel of record for Defendants.

22.    Counsel of record for Plaintiff in the State Court Action are:

Maverick J. Ray
Matthew M. Marzak
MAVERICK RAY & ASSOCIATES
811 West 24th Street
Houston, Texas 77008
Telephone: 281-947-2007
Facsimile: 713-714-2225

*Attorneys for Plaintiff*

## IV.
## **RESERVATION OF RIGHTS**

23.     In filing this Notice of Removal, Defendants do not waive, and specifically reserve, any and all objections as to service, objections to personal jurisdiction, defenses, rights, and motions.

## V.
## **REMOVAL**

24.     WHEREFORE, Defendants BISSELL International Trading Company B.V., BISSELL Inc., BISSELL Homecare, Inc., and BISSELL Mexico, Inc. remove this action from the 295th District Court of Harris County, Texas, to the United States District Court for the Southern District of Texas, Houston Division so that this Court may assume jurisdiction over the case as provided by law.

Dated: May 13, 2022.   Respectfully submitted,

**HOLLAND & KNIGHT LLP**

By:   */s/ A. Kristi Soppet*
L. Brad Hancock
brad.hancock@hklaw.com
Texas Bar No. 000798238
Southern District No. 21091
A. Kristi Soppet
kristi.soppet@hklaw.com
Texas Bar No. 24095016
Southern District No. 3059692
David D. Hornbeak
david.hornbeak@hklaw.com
Texas Bar No. 24106113
Southern District No. 3158009
811 Main Street, Suite 2500
Houston, Texas 77002-5227
Telephone: (713) 821-7000
Facsimile: (713) 821-7001

**ATTORNEYS FOR DEFENDANTS BISSELL INTERNATIONAL TRADING COMPANY B.V., BISSELL INC., BISSELL HOMECARE, INC., AND BISSELL MEXICO, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2022, I served this document on the following parties in compliance with Rule 5, Federal Rules of Civil Procedure:

Maverick J. Ray
maverickraylaw@gmail.com
Matthew M. Marzak
Matthew@maverickraylaw.com
MAVERICK RAY & ASSOCIATES
811 West 24th Street
Houston, Texas 77008
e-Service: Adriana@maverickraylaw.com
*Attorneys for Plaintiff*

   */s/ A. Kristi Soppet*
   A. Kristi Soppet